

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

Nos. 04-22-00862-CR & 04-22-00863-CR

Adrian **JACOBO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR9781 & 2019CR7306
Honorable Frank J. Castro, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, appeal nos. 04-22-00862-CR & 04-22-00863-CR are DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 15, 2023.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

Michael A. Cruz, Clerk of Court